FILED

07/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0122

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0122

_____

IN RE THE MARRIAGE OF:

JUSTIN LEVI MASTERS,

      Petitioner and Appellee,

  and

ALISIA CUBBERLY,

      Respondent and Appellant.

_____

O R D E R

On June 16, 2020, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2020